```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 05381
   TIFFANY MONIQUE BAILEY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1457


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/26/2007 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    2141.01             .00           .00
GMAC                       SECURED VEHIC   57705.00         1985.04       3933.51
AMERICAS FINANCIAL CHOIC   UNSECURED         575.58             .00           .00
HALSTED FINANCIAL SERVIC   UNSECURED       NOT FILED            .00           .00
ARONSON FURNITURE          NOTICE ONLY     NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED         546.95             .00           .00
CAPITAL ONE                UNSECURED         486.39             .00           .00
CHECK N GO                 UNSECURED       NOT FILED            .00           .00
CHECK INTO CASH            UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00           .00
CREDIT PROTECTION          NOTICE ONLY     NOT FILED            .00           .00
FIRST NATIONAL CREDIT CA   NOTICE ONLY     NOT FILED            .00           .00
GAFCO                      UNSECURED         320.00             .00           .00
HARVARD COLLECTION SERVI   NOTICE ONLY     NOT FILED            .00           .00
HSBC NV                    NOTICE ONLY     NOT FILED            .00           .00
KOHLS                      NOTICE ONLY     NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         235.26             .00           .00
LVNV FUNDING               UNSECURED       NOT FILED            .00           .00
MERCURY FINANCE            NOTICE ONLY     NOT FILED            .00           .00
MONTEREY FINANCIAL         UNSECURED         175.60             .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1273.12             .00           .00
RMI/MCSI                   UNSECURED         750.00             .00           .00
ISAC                       UNSECURED       31960.22             .00           .00
SENEX SERVICES CORP        UNSECURED       NOT FILED            .00           .00
SEVENTH AVENUE             UNSECURED         480.50             .00           .00
SM SERVICING               NOTICE ONLY     NOT FILED            .00           .00
STUDENT LOAN MARKETING A   NOTICE ONLY     NOT FILED            .00           .00
BUREAUS                    UNSECURED       NOT FILED            .00           .00
THE LOAN MACHINE           UNSECURED        4421.22             .00           .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05381 TIFFANY MONIQUE BAILEY
```

```
TARGET NATIONAL BANK        UNSECURED         232.52           .00           .00
WFNNB - AVENUE              NOTICE ONLY    NOT FILED           .00           .00
MONTEREY FINANCIAL          SECURED          375.00          6.08         32.98
GAFCO                       SECURED         1000.00         21.63         68.29
AMERICASH LOANS LLC         UNSECURED       2436.63           .00           .00
AMERICAS FINANCIAL CHOIC    UNSECURED     NOT FILED           .00           .00
NICOLE LAWSON               DEBTOR ATTY    1,900.00                        .00
TOM VAUGHN                  TRUSTEE                                     435.07
DEBTOR REFUND               REFUND                                         .00
```

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             6,482.60

PRIORITY                                         .00
SECURED                                     4,034.78
    INTEREST                                2,012.75
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          435.07
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS              6,482.60                6,482.60

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                              /s/ Tom Vaughn
  Dated: 05/23/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE